Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

March 19 _____ 20 25

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FILMORE DOYOON KIM, Defendant. | NO. **CR 2 5 – 0 4 1  LK** **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

**(False Statement in Connection with the Acquisition of a Firearm)**

On or about February 13, 2025, in King County, within the Western District of Washington, FILMORE DOYOON KIM, in connection with the acquisition from a federally licensed firearms dealer, namely, West Coast Armory, of a firearm, that is: a Staccato XC 9mm pistol, knowingly and willfully made a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm, when FILMORE DOYOON KIM falsely answered "No" to question 21.d. on ATF Form 4473, asking whether he had "ever been

Indictment - 1
*United States v. Kim*
USAO No. 2025R00322

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

convicted in any court [] of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year. . .”

All in violation of Title 18, United States Code, Section 922(a)(6).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, FILMORE DOYOON KIM shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense.

//

//

//

Indictment - 2
*United States v. Kim*
USAO No. 2025R00322

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: *yes*

DATED: *19 MARCH 2025*

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

TEAL LUTHY MILLER
Acting United States Attorney

_____

TODD GREENBERG
Assistant United States Attorney

Indictment - 3
*United States v. Kim*
USAO No. 2025R00322

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970